# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEITH P. SHARP,

        Plaintiff,

    v.                              Case No. 25-CV-1301

FRANK BISIGNANO,

        Defendant.

## ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Keith P Sharp recently filed a complaint against the Commissioner of the Social Security Administration, Frank Bisignano. Accompanying Sharp's complaint was a Request to Proceed in District Court without Prepaying the Filing Fee.

Having reviewed this motion, the court concludes that Sharp lacks the resources to pay the filing fee. Accordingly, Sharp's Request to Proceed in District Court without Prepaying the Filing Fee is **GRANTED**.

Moreover, the court concludes that at this time Sharp's complaint is not subject to dismissal under 28 U.S.C. § 1915(e)(2). Therefore, the Clerk shall serve the Commissioner.

This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue promptly.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 2nd day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge